| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| MSBK, LLC/GOPAL INTERNATIONAL INC. d/b/a/ STAR STOP #4/STAR STOP #3 and GOPAL INTERNATIONAL, INC., | § § § § | |
| Plaintiffs, | § § | |
| versus | § § | CIVIL ACTION NO. 1:22-CV-423 |
| AMGUARD INSURANCE COMPANY, GREAT LAKES INSURANCE U.K. SE, | § § § § | |
| Defendants. | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL

Pending before the court is the parties' Joint Stipulation of Dismissal with Prejudice as to Plaintiffs' claims against Defendant AmGuard Insurance Company. (# 27). The stipulation is signed by all parties to the case. *Id.*

It is, therefore, **ORDERED** that the parties' Joint Stipulation of Dismissal (#27) is **GRANTED**. Accordingly, Plaintiffs' claims against Defendant AmGuard Insurance Company are **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT

SIGNED at Beaumont, Texas, this 13th day of September, 2023.

*/s/ Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE